# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | )    7:04CV5011 |
| v. | ) |
| | )    **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** a | ) |
| Nebraska political subdivision, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on plaintiff's motion to strike Filing No. 117 because the document was filed in error. Counsel has re-filed a corrected document at Filing No. 119.

**IT IS ORDERED** that plaintiff's **MOTION TO STRIKE DOCUMENT 117** (Filing 118) is granted. The Clerk shall strike Filing No. 117.

**DATED April 25, 2005.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**