IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **7:04CV5011** |
| **v.** ) | |
| ) | **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** a ) | |
| **Nebraska political subdivision; DAVID** ) | |
| **BLESSING, individually and in his official** ) | |
| **capacity; and ALLIED INSURANCE** ) | |
| **COMPANY, an Iowa Corporation,** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff has filed a Motion for Enlargement of Time, requesting an extension to July 5, 2005 to respond to pending motions Nos. 149 (Motion to Alter Caption), 147 (Motion to Dismiss or Strike), and 151 (Motion to Stay Discovery). Opposing counsel advised the court they had no objection. Pursuant to NECivR 7.1(b)(1)(B), it appears that the original response date is July 5, 2005 with respect to Filings 149 and 151, and July 12, 2005 with respect to Filing 147.

**IT THEREFORE IS ORDERED** that plaintiff's motion is granted, except that plaintiff is given until July 12, 2005 to respond to Filing No. 147.

**DATED June 23, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**