# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:04CV5011** |
| v. | ) | |
| | ) | **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

      This matter is before the court on the motion of defendant AMCO Insurance Company to remove former defendant Allied Insurance Company from the caption of the case. Pursuant to Judge Smith Camp's Orders (Filings 111 and 116), it appears that all of plaintiff's claims against Allied Insurance Company have been dismissed. The court has not received a response in opposition to this request.

      **IT THEREFORE IS ORDERED** that defendant's motion (#149) is granted, and the case caption shall be amended to remove "Allied Insurance Company" as a defendant. Allied Insurance Company shall be designated on the docket sheet as a terminated party.

      **DATED July 8, 2005.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**