# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 7:04CV5011 |
| vs. ) | |
| ) | ORDER |
| ELWOOD PUBLIC SCHOOL ) | |
| DISTRICT, a Nebraska political ) | |
| subdivision; DAVID BLESSING, ) | |
| individually and in his official capacity; ) | |
| and AMCO INSURANCE COMPANY, ) | |
| an Iowa Corporation, ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff requests an extension of time to July 15, 2005 to respond to respond to Filings Nos. 149 (Motion to Alter Caption), 147 (Motion to Dismiss or Strike), and 151 (Motion to Stay Discovery). No timely response was filed to the Motion to Alter Caption and the court has already granted that motion; however, for good cause shown,

**IT IS ORDERED** that plaintiff's motion (#157) is granted in part, and plaintiff is given until July 15, to respond to Filings Nos. 147 and 151. The motion is denied as moot as to Filing No. 149.

**DATED July 12, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**