IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **7:04CV5011** |
| vs. ) | |
| ) | **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** ) | |
| a Nebraska political subdivision; ) | |
| **DAVID BLESSING,** individually and in his ) | |
| official capacity; and **AMCO INSURANCE** ) | |
| **COMPANY,** an Iowa Corporation, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion (#151) of AMCO Insurance Company ("Amco") to stay discovery pending Judge Smith Camp's ruling on AMCO's Motion to Dismiss (#147). Having considered the parties' written submissions (# 151, 154, 155 & 161), I find that AMCO's arguments are persuasive and that the motion should be granted. In reaching this conclusion, I have also considered Judge Smith Camp's April 20, 2005 order (#115 at p. 3), in which she seriously questioned whether plaintiff's proposed Second Amended Complaint stated a claim against AMCO for breach of fiduciary duty upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

For these reasons,

**IT IS ORDERED** that AMCO's Motion to Stay Discovery (#151) is granted as follows:

1. All discovery involving AMCO Insurance Company is stayed pending a decision on AMCO's Motion to Dismiss (#147).

2. If AMCO remains in the case, AMCO shall provide plaintiff answers to interrogatories and requests for production within ten (10) days after the court's ruling on the Motion to Dismiss.

**DATED July 18, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**