# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:04CV5011 |
| vs. ) | |
| ) | ORDER |
| ELWOOD PUBLIC SCHOOL ) | |
| DISTRICT, A Nebraska Political ) | |
| Subdivision, ) | |
| ) | |
| Defendant. ) | |

This case came on for a hearing concerning the Motion to Extend Time and Progression Order [#80] and the Motion to Extend and Revise Order for Case Progression [#92]. Appearing telephonically were Maren Chaloupka on behalf of the plaintiff, Jay Elliott for defendant Elwood Public School District, and Lisa Meyer for defendant AMCO Insurance. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Motion to Extend Time [#80] and the Motion to Extend and Revise [#92] are granted, and the final pretrial conference and trial will be rescheduled;

3. The hearing to set new progression deadlines is continued to **October 6, 2005 at 10:00 a.m.,** by telephone conference call initiated by the court.

4. The trial of this case is tentatively set before the Honorable Laurie Smith Camp on August 7, 2006 in North Platte, Nebraska.

Dated this 18th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge