IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>        **Plaintiff,**<br><br>vs.<br><br>**ELWOOD PUBLIC SCHOOL DISTRICT,**<br>a Nebraska political subdivision;<br>**DAVID BLESSING,** individually and in his<br>official capacity; and **AMCO INSURANCE**<br>**COMPANY,** an Iowa Corporation,<br><br>        **Defendants.** | **7:04CV5011**<br><br>**ORDER** |

Plaintiff has filed an uncontested motion for extension of the expert witness reporting deadlines (#181). For good cause shown,

**IT IS ORDERED** that plaintiff's motion (#181) is granted. Paragraph 2 of the Amended Final Progression Order is hereby amended to reflect that plaintiff's deadline is extended from January 20, 2006 to **February 1, 2006**, and defendants' deadline is extended from February 24, 2006 to **March 9, 2006.**

**DATED January 17, 2006.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett**
                                                    **United States Magistrate Judge**