IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **7:04CV5011** |
| vs. ) | |
| ) | **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** ) | |
| a Nebraska political subdivision; ) | |
| **DAVID BLESSING,** individually and in his ) | |
| official capacity; and **AMCO INSURANCE** ) | |
| **COMPANY,** an Iowa Corporation, ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the parties' Joint Motion to extend the progression order deadlines. Upon consultation with Judge Smith Camp's chambers, I find that the motion should be granted in part, as follows:

1. The deposition deadline is extended to **June 26, 2006.**

2. The parties are given until and including **July 26, 2006** to file *Daubert* motions or other motions in limine.

3. The deadline for filing motions for summary judgment will not be extended, and the parties shall file motions for summary judgment on or before **June 23, 2006.**

**IT IS SO ORDERED.**

**DATED May 30, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge