IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN DOE,** | ) | **CASE NO. 7:04CV5011** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** a Nebraska political subdivision; **DAVID BLESSING,** Individually and in his official capacity, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Joint Statement of Appeal of Magistrate Judge F.A. Gossett's Order dated May 30, 2006, granting in part and denying in part the parties' joint motion for the extension of deadlines. Judge Gossett granted an extension of the discovery deadline until June 26, 2006. Though reference is made in the Statement of Appeal to the dispositive motions deadline, the parties seek only an extension of the discovery deadline (Filing No. 209, ¶ 4). The parties request for an extension of the deposition deadline will be granted, but all other deadlines remain the same.

IT IS ORDERED:

1. The Joint Statement of Appeal (Filing No. 209) is granted;

2. The Magistrate Judge's Order dated May 30, 2006 (Filing No. 207) is reversed as to the deposition deadline but is affirmed in all other respects;

3. The deadline for completion of all depositions is Friday, July 28, 2006.

4. All other deadlines remain the same.

Dated this 23rd day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge