IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>    **Plaintiff,** )<br>) | **7:04CV5011** |
| **vs.** )<br>) | **ORDER** |
| **ELWOOD PUBLIC SCHOOL DISTRICT,** )<br>a Nebraska political subdivision, and )<br>**DAVID BLESSING,** individually and in his )<br>official capacity, )<br>)<br>    **Defendants.** ) | |

This matter is before the court on plaintiff's MOTION TO STAY DEADLINES PENDING DISPOSITION OF MOTION TO COMPEL [226] and defendant's MOTION FOR EXTENSION OF TIME to respond to plaintiff's Motion to Compel [229]. Upon consultation with Judge Smith Camp's chambers,

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME [229] is granted. Defendant is given until and including August 28, 2006 to respond to plaintiff's Motion to Compel [223].

2. Plaintiff's MOTION TO STAY DEADLINES [226] is granted. All existing progression order deadlines are suspended pending resolution of plaintiff's Motion to Compel [223].

3. The final pretrial conference set for September 5, 2006, and the jury trial set for October 10, 2006 are cancelled and will be rescheduled by further order.

**DATED August 17, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**