IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>vs.<br><br>ELWOOD PUBLIC SCHOOL DISTRICT,<br>a Nebraska political subdivision, and<br>DAVID BLESSING, individually and in his<br>official capacity,<br><br>          Defendants. | 7:04CV5011<br><br>ORDER |

In the interests of judicial economy,

**IT IS ORDERED** that the Motion [247] of Dean Sitzmann to quash plaintiff's Rule 45 subpoena or, in the alternative, for leave to appeal the Magistrate's December 18, 2006 order [240] is granted, in part, as follows:

    1.   Mr. Sitzmann is given leave to appeal the December 18, 2006 Order [240]. The documents submitted in conjunction with [247] will suffice as a Statement of Appeal pursuant to NECivR 72.2.

    2.   The deposition of Dean Sitzmann is held in abeyance pending Judge Smith Camp's resolution of the substantive issues raised in Motion [247].

    3.   This order shall not be construed to prohibit the plaintiff from challenging Mr. Sitzmann's standing to file the motion or the timeliness of the motion.

    **DATED February 5, 2007.**

                                                          **BY THE COURT:**

                                                          s/ F.A. Gossett
                                                          **United States Magistrate Judge**