IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN DOE, a/k/a CHRIS SCHUTZ,** ) | | **CASE NO. 7:04CV5011** |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| **ELWOOD PUBLIC SCHOOL** ) | | |
| **DISTRICT, a Nebraska political** ) | | |
| **subdivision, and DAVID BLESSING,** ) | | |
| **in his official capacity,** ) | | |
| ) | | |
| Defendants. ) | | |

Upon notice given to the District Judge on August 10, 2007, by the Plaintiff that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before September 10, 2007, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 15th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge