IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>ELWOOD PUBLIC SCHOOL DISTRICT, a Nebraska political subdivision, and DAVID BLESSING, in his official capacity,<br><br>　　　　Defendants. | Case No. 7:04CV5011<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The stipulation has been considered, and the Court finds that it complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice (Filing No. 320) is approved;

2. The Second Amended Complaint (Filing No. 119) and all claims asserted in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 4th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge