IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 7:04CV5011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELWOOD PUBLIC SCHOOL DISTRICT, a Nebraska political subdivision, and DAVID BLESSING, in his official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the request of John J. Velasquez, an attorney licensed in the State of Nebraska, who is seeking transcripts from certain parts of the trial held in this matter. No parties have objected to the request.

**IT IS ORDERED**:

1.  John J. Velasquez's Request for Transcripts (Filing No. 329) is granted;

2.  Mr. Velasquez will contact the Court's Reporter, Brenda Fauber at (402) 661-7322, to arrange payment for and delivery of the transcripts; and

3.  Mr. Velasquez may use the transcripts to prepare for trial in a similar case, and not for any other purpose.

DATED this 7th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge